Frank DRACKA v. UNITED STATES of America.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Alfred A. May, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that the appeal in this cause has been abandoned, it is therefore ordered that the appeal be dismissed without docketing.